JOHN ENGLEMAN v. E. D. BALL.

**Principal and Surety—Indemnity—Attachment.**
    Under the statute, a surety may bring an original suit against his
    principal to compel him to discharge the debt or for indemnity, and
    auxilliary to this he may have an attachment, notwithstanding there
    is an action pending against him and his principal, seeking a common·
    law judgment against them for the debt.

APPEAL FROM LINCOLN CIRCUIT COURT.

January 17, 1870.

RESPONSE TO PETITION FOR RF-HEARING BY JUDGE WILLIAMS:

Ball became Engleman's security in a note for $2034.10 to
Gentry who assigned it to McJames who brought suit on it in
the Boyle Circuit Court against Ball and his principal.

Ball desiring to secure himself and having cause of attach-
ment sued Engleman in equity in the Lincoln Circuit Court
for indemnity and to compel him to discharge said debt and
obtained an attachment.

The original process was executed on Engleman in Lincoln
county and the attachment levied on property there.

Engleman demurred and answered controverting the causes
of attachment and the justice of the demand, but did not deny
that Ball was his security.

His demurrer is predicated upon the allegation in the petition
that McJames had brought suit upon the note in Boyle county.
This suit was simply for a recovery of a common law judgment
on the note and brought in that county probably because Ball
may have lived there or that he or the principal was caught
there and actually served with process; but however this may be,
McJames sought no auxilliary remedy by attachment, but the
security for his own indemnity, as he may under the provisions
of our statutes, brought an original suit in Lincoln to compel
his principal to discharge said debt or indemnify him and as
auxilliary to this original suit he sought and obtained an attach-
ment. As Engleman was served with process in Lincoln county,

that court had jurisdiction of both his person and property and properly held it responsible to the securities claim.

*Bradleys, for appellant.*

*Durham, for appellee.*